**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and ARTHUR H. BUNTE, JR., as Trustee, | )<br>)<br>) |
| *Plaintiffs-Judgment Creditors,* | ) Case No. 17-cv-5080<br>)<br>) Judge Edmond E. Chang |
| v. | )<br>) Magistrate Judge Jeffrey T. Gilbert |
| G. L. WARREN CONSTRUCTION, INC., an Illinois corporation, | )<br>)<br>) |
| *Defendant-Judgment Debtor.* | ) |

**SATISFACTION OF JUDGMENT**

NOW COME Plaintiffs/Judgment-Creditors, Central States, Southeast and Southwest Areas Pension Fund and Arthur H. Bunte Jr., through their counsel, having received satisfaction and payment, and hereby release the Judgment entered against Defendant/Judgment-Debtor G. L. Warren Construction, Inc. on August 24, 2017 (Dkt. 22) in accordance with the parties' Settlement Agreement and Release.

Respectfully submitted,

*/s/ Brandon A. Buyers*
Brandon A. Buyers (#6312454)
CENTRAL STATES FUNDS
Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, Illinois 60018
847-939-2464
bbuyers@centralstatesfunds.org

September 19, 2018         *ATTORNEY FOR PLAINTIFFS*

TM: 568654 / 17414104 / 5/29/2018

## **CERTIFICATE OF SERVICE**

I, Brandon A. Buyers, one of the attorneys for Plaintiffs-Judgment Creditors, hereby certify that on September 19, 2018, I electronically filed the foregoing *Satisfaction of Judgment* with the Clerk of the Court using the ECF System. The filing was served on all parties indicated on the electronic filing receipt via the EFC System.

        Respectfully submitted,

        */s/ Brandon A. Buyers*
        Brandon A. Buyers (#6312454)
        CENTRAL STATES FUNDS
        Law Department
        9377 W. Higgins Road, 10th Floor
        Rosemont, Illinois 60018
        847-939-2464
        bbuyers@centralstatesfunds.org

September 19, 2018        *ATTORNEY FOR PLAINTIFFS*